UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

PRIYA PROPERTIES, LLC,                          :
                  Plaintiff,             :
                                :
          v.                                          :     No.   5:24-cv-5485
                                :
NATIONWIDE ASSURANCE COMPANY,          :
                  Defendant.             :

---

**O R D E R**

**AND NOW**, this 13th day of November, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.      The Motion to Dismiss, *see* ECF No. 7, is **GRANTED**;

        a.      Count II is **DISMISSED without prejudice**;

        b.      **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to Count II;

2.      If Plaintiff fails to timely file an amended complaint, Count II will be dismissed with prejudice and the matter will proceed on Count I only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge